UNITED STATES of America,
Plaintiff–Appellee,

v.

Montrezs Dejuan LEWIS,
Defendant–Appellant.

No. 08–14093
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 27, 2009.

Steven E. Butler, Mobile, AL, Leigh Lichty Pipkin, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Raymond Arthur Pierson, Mobile, AL, for Defendant–Appellant.

Before BLACK, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Raymond A. Pierson, appointed counsel for Montrezs Dejuan Lewis, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Lewis's convictions and sentences are **AFFIRMED.** Lewis's motions to proceed *pro se,* to terminate counsel, and for an extension of time to file a supplemental brief are **DENIED AS MOOT.**